CALHOUN STATE BANK OF MINNEAPOLIS, Appellant, v. GENERAL CASUALTY AND SURETY CO.

No. 8688.

Circuit Court of Appeals, Eighth Circuit.

Oct. 20, 1930.

Daniel F. Foley, of Minneapolis, Minn., for appellant.

F. H. Stinchfield, R. F. Merriam, and H. A. Wright, all of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

CHIN DOON, Appellant, v. John D. NAGLE, as Commissioner of Immigration at the Port of San Francisco, California, Appellee.

No. 6215.

Circuit Court of Appeals, Ninth Circuit,

Nov. 21, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to oral stipulation of counsel for respective parties.

CHRYSLER SALES CORPORATION et al., Appellants, v. DETROIT MOTOR APPLIANCE COMPANY.

No. 9028.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1930.

J. King Harness, of Detroit, Mich., for appellants.

A. C. Paul, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, etc., on motion of appellants.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. BENSON LUMBER COMPANY, Respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. BENSON TIMBER COMPANY, Respondent.

No. 6314.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered petition to review dismissed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. GIDEON–ANDERSON COMPANY, Successor to Gideon-Anderson Lumber & Mercantile Company.

No. 9035.

Circuit Court of Appeals, Eighth Circuit.

Oct. 17, 1930.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Chase Morsey, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of board of Tax Appeals docketed and dismissed on motion of petitioner and consent of respondent.